```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 09 B 05310
    CECIL N PANTHER
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY
        Debtor
    SSN XXX-XX-3922


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 02/19/2009 and was not confirmed.

     The case was converted to chapter 7 without confirmation 03/05/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

PHH MORTGAGE SERVICES    CURRENT MORTG        .00            .00            .00
PHH MORTGAGE SERVICES    MORTGAGE ARRE   22891.70            .00            .00
US BANK NATIONAL ASSOCIA MORTGAGE NOTI  NOT FILED            .00            .00
DRIVE FINANCIAL SERVICES SECURED VEHIC   18439.00            .00            .00
GEMB/HH GREGG            SECURED          2000.00            .00            .00
GEMB/HH GREGG            UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP    SECURED           100.00            .00            .00
ECAST SETTLEMENT CORP    UNSECURED       NOT FILED           .00            .00
AMERICAN EXPRESS         UNSECURED       NOT FILED           .00            .00
ECAST SETTLEMENT CORP    UNSECURED       NOT FILED           .00            .00
CAPITAL ONE              UNSECURED       NOT FILED           .00            .00
CHARTER ONE              UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC ASSIGNE UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC ASSIGNE UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC ASSIGNE UNSECURED       NOT FILED           .00            .00
LVNV FUNDING LLC ASSIGNE UNSECURED       NOT FILED           .00            .00
CITY OF CHICAGO PARKING  UNSECURED       NOT FILED           .00            .00
DISCOVER FINANCIAL SERVI UNSECURED       NOT FILED           .00            .00
MACYS RETAIL HOLDINGS    UNSECURED       NOT FILED           .00            .00
NICOR GAS                UNSECURED       NOT FILED           .00            .00
TCF BANK                 UNSECURED       NOT FILED           .00            .00
SAF                      UNSECURED       NOT FILED           .00            .00
SAF                      UNSECURED       NOT FILED           .00            .00
SALLIE MAE SERVICING COR UNSECURED       NOT FILED           .00            .00
SALLIE MAE SERVICING COR UNSECURED       NOT FILED           .00            .00
DEBT STOPPERS            UNSECURED       NOT FILED           .00            .00
NICOR GAS                UNSECURED       NOT FILED           .00            .00
ECMC                     NOTICE ONLY     NOT FILED           .00            .00
CAPITAL ONE AUTO FINANCE NOTICE ONLY     NOT FILED           .00            .00
CARLIN GUNTER            NOTICE ONLY     NOT FILED           .00            .00
MARTIN J OHEARN          DEBTOR ATTY         .00                            .00
TOM VAUGHN               TRUSTEE                                            .00
DEBTOR REFUND            REFUND                                             .00

          Summary of Receipts and Disbursements:

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 09 B 05310 CECIL N PANTHER
```

```
------------------------------------------------------------------------
                             RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                           .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                             ---------------    ---------------
TOTALS                            .00                 .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 03/26/09              _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 09 B 05310 CECIL N PANTHER